Elizabeth P. Hodes
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501-3468
Telephone: (907) 257-5300
Facsimile: (907) 257-5399
Email: elizabethhodes@dwt.com

Attorneys for Defendant Norton Sound
   Health Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NAT PALANIAPPAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTON SOUND HEALTH<br>CORPORATION, ET AL.,<br><br>    Defendants. | Case No. 3:10-cv-00175-TMB |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Each party hereby stipulates pursuant to Fed. R. Civ. P. 41(a)(1) to dismiss all claims in the above-captioned action with prejudice, including dismissal with prejudice of all claims asserted by plaintiff therein, and all claims which could have been asserted by plaintiff based upon the subject matter and factual allegations of the complaint, including but not limited to all claims related to or arising out of plaintiffs employment or separation from employment with NSHC. The parties further stipulate that each party shall bear its own costs and attorneys' fees.

DATED this 30th day of April, 2012.

_____
Nat Palaniappan, Plaintiff

DATED this 30th day of April, 2012.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Norton Sound Health Corporation

By: _____
Elizabeth P. Hodes
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501-3468
Phone: (907) 257-5300
Fax: (907) 257-5300
Email: elizabethhodes@dwt.com
Alaska Bar No. 0511108

## ORDER

IT IS SO ORDERED.

DONE this _____ day of _____, 2012.

_____
Timothy M. Burgess
United States

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
*Palaniappan v. Norton Sound Health Corporation, et al.*, Case No. 3:10-cv-00175-TMB